JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY BCHAKJIAN and LINA BCHAKJIAN, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV13-2087- DMG (JEMx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE [12]** |

Pursuant to the Stipulation Re Dismissal With Prejudice filed by Plaintiffs HARRY BCHAKJIAN and LINA BCHAKJIAN, and Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, and good cause appearing, this case is hereby dismissed with prejudice with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: May 21, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-
[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE